UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 5:26-02110 SRM (ADS) Date: August 28, 2026

Title: *Mary McDonough v. County of Riverside, et al.*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | None Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**

On April 24, 2026, Plaintiff filed a Complaint. (Dkt No. 1.) On August 5, 2026, Plaintiff filed Proofs of Service on Defendants County of Riverside, Riverside County Sheriff's Department, City of Corona, and Corona Police Department. (Dkt. Nos. 9-12.) Defendants' deadline to file a responsive pleading to the Complaint was August 26, 2026. To date, Defendants City of Corona and Corona Police Department have not filed a responsive pleading. (See Fed. R. Civ. P. 7, 12 (noting valid responsive pleadings.)) Plaintiff has not requested entry of default.

Plaintiff is **ORDERED TO SHOW CAUSE** why this action should not be dismissed for lack of prosecution. Plaintiff must file a written response no later than **September 11, 2026.**

Among other appropriate responses, Plaintiff may file a request for entry of default in response to this Order to Show Cause by the above date.

**Plaintiff is expressly warned that failure to timely file a response to this order may result in dismissal of the action**.

**IT IS SO ORDERED.**

Initials of Clerk kh